217 F.2d 646
 GENERAL ICE CREAM CORPORATION, Plaintiff-Appellant,
v.
Ezra Taft BENSON, Secretary of Agriculture of the United
States, Defendant-Appellee.
 No. 50, Docket 22953.
 United States Court of Appeals, Second Circuit.
 Argued Dec. 7, 1954.
Decided Dec. 31, 1954.
 
 Appeal from the United States District Court for the Northern District of New York; James T. Foley, Judge.
 Harry Polikoff, New York City (Guggenheimer & Untermyer, New York City, on the brief), for plaintiff-appellant.
 Donald A. Campbell, Atty., U.S. Dept. of Agriculture, Washington, D.C. (J. Stephen Doyle, Jr., and Neil Brooks, Sp. Assts. to Atty. Gen., Washington, D.C., on the brief), for defendant-appellee.
 Before CLARK, Chief Judge, and MEDINA and HARLAN, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed on the opinion of District Judge Foley, D.C.N.D.N.Y., 113 F.Supp. 107.